AO450 (Rev. 5/85)  Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

FREDERICK LEE DURBIN

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: CIV-07-262-JHP-KEW

GREG PROVINCE, Warden

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** IT IS ORDERED AND ADJUDGED that this action is, in all respects, DISMISSED.

3/23/2011
Date

WILLIAM B. GUTHRIE
Clerk

s/ C.Trzcinski
(By) Deputy Clerk